IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03155-NRN

PAUL GANGEMI,

    Plaintiff,

v.

AMF BOWLING CENTERS, INC. d/b/a BOWLERO CHERRY CREEK,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the order entered by Magistrate Judge N. Reid Neureiter on May 3, 2024, ECF [#90] it is

    ORDERED that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute and to obey orders of the Court.   It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant AMF Bowling Centers, Inc. d/b/a/ Bowlero Cherry Creek, and against Plaintiff Paul Gangemi.   It is

    FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED. It is

FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of May 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/ Román Villa
      Román Villa, Deputy Clerk